UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN BUSH,<br><br>                    Petitioner,<br><br>     -against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK,<br><br>                    Respondent. | 22-CV-3045 (LTS)<br><br>ORDER OF DISMISSAL |

COLLEEN McMAHON, Chief United States District Judge:

On May 2, 2022, the Court directed Petitioner to file an amended petition within sixty days. That order specified that failure to comply would result in denial of the petition. Plaintiff has not filed an amended petition. Accordingly, the petition for a writ of *habeas corpus* is denied.

Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 14, 2022
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge