UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN BUSH,<br><br>         Petitioner,<br><br>  -against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK,<br><br>         Respondent. | 22-CV-3045 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 14, 2022, denying the petition,

  IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied. Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 14, 2022
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge